UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
                                              FILED
                                              ENTERED
                                              LODGED
                                              RECEIVED

                                              OCT 16 1990

                                              CLERK, U.S. DISTRICT COURT
                                              SOUTHERN
                                              BY
```

UNITED STATES OF AMERICA,

vs.

RICHARD D. BATEMAN (02)

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

Criminal Case No. 89-0268-S

THE DEFENDANT:                     Shawn Hays, Federal Defenders Inc.
                                           Defendant's Attorney

/_/ pleaded guilty to count(s) _____
/X/ was found guilty on count(s) #1, 5, 6, 8, & 9 after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21:846 & 841(a)(1) | Conspiracy to Manufacture Methamphetamine and Possess Methamphetamine with Intent to Distribute | #1 |
| 21:846 & 841(a)(1) | Manufacturing & Attempting to Manufacture Meth | #5 |
| 21:841(a)(1) | Possession with Intent to Distribute of Methamphetamine | #6 |
| 18:924(c)(1) | Use and Carrying of a Firearm in Drug Trafficking Crime | #8 |
| 18:922(g)(1) | Possession of a Firearm by a Felon | #9 |

The defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

/_/ The defendant has been found not guilty on count(s) _____
    and is discharged as to such count(s).
/_/ Remaining counts/Underlying Indictment (is)(are) dismissed on the
    motion of the United States.
/_/ The mandatory special assessment is included in the portion of this
    Judgment that imposes a fine.
/X/ It is ordered that the defendant shall pay to the United States a special
    assessment of $250.00 which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number:              October 15, 1990
    -7133                                  Date of Imposition of Sentence
Defendant's mailing address:
13315 Hwy 67
Lakeside, CA

I hereby attest and certify on 10/19/90
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
         WILLIAM W. LUDDY
      CLERK U. S. DISTRICT COURT
   SOUTHERN DISTRICT OF CALIFORNIA
By: _____ Deputy

EDWARD J. SCHWARTZ
UNITED STATES DISTRICT JUDGE
Filed: October 15, 1990
WILLIAM W. LUDDY, CLERK
By: RAY J. BLANCHARD, DEPUTY CLERK

—142—

DEFENDANT:    RICHARD DAVID BATEMAN (02)
CASE NUMBER:  CRIM 89-0268-S

Judgement - Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>264 months concurrent as to counts #1,5,and 6; 60 months as to count #9, consecutive to counts 1,5 and 6;</u> 60 months as to count #8, consecutive to counts 1,5,6 and 9.

/_/  The Court makes the following recommendations to the Bureau of Prisons:

/X/  The defendant is remanded to the custody of the United States Marshal.
/_/  The defendant shall surrender to the United States Marshal for this district
     /_/ at _____ a.m./p.m. on _____.
     /_/ as notified by the Marshal.

/_/  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
     /_/ before 2 p.m. on _____.
     /_/ as notified by the United States Marshal.
     /_/ as notified by the Probation Office.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
        Deputy Marshal

DEFENDANT: RICHARD DAVID BATEMAN (02)
CASE NUMBER: 89-0268-S

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of   four (4) years.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

/_/  The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.
1. The defendant not possess firearms, explosive devices, or other dangerous weapons,
2. The defendant disclose his full business and financial records to his probation officer upon request.
3. The defendant participate in a drug abuse treatment program, including urinalysis testing, as directed by his probation officer.
4. The defendant submit to search of his person, his property, his personal effects, his residence, and any vehicle in which he may be at any reasonable time _____
5. The defendant report all vehicles which he may own or have control over to his probation officer.
6. The defendant seek and maintain full-time employment or that he provide documentation to his probation officer as to any disability documentation.

AO 245 S (3/88) SHEET 5 - STANDARD CONDITIONS OF PROBATION

Judgment - Page __4__ of __5__

DEFENDANT: RICHARD DAVID BATEMAN (02)
CASE NUMBER:     89-0268-S

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not commit another federal, state or local crime;

2) The defendant shall not leave the judicial district without the permission of the court or probation officer;

3) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

4) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

5) The defendant shall support his or her dependents and meet other family responsibilities;

6) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;

7) The defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;

8) The defendant shall refrain from excessive use of alcohol and shall not purchase, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician'

9) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

10) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

11) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

12) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

13) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

14) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this judgment.

Judgment - Page __5__ of __5__

DEFENDANT:     RICHARD DAVID BATEMAN (02)
CASE NUMBER:      89-0268-S

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $__25,250.00__, consisting of a fine of $__25,000.00__ and a special assessment of $__250.00__.

/_/  These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

This sum shall be paid /_/ immediately.
                       /_/ as follows:

/_/  The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

   /_/  The interest requirement is waived.
   /_/  The interest requirement is modified as follows: